# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM ADAMS, COREEN ELLIS, MALCOLM HUMPHREY, and VERA MARSHALL, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-000613 |
| Plaintiffs, | Hon. Robert J. Jonker |
| v. | CLASS ACTION COMPLAINT<br>JURY TRIAL DEMANDED |
| FAMILY HEALTH CENTER, INC. | |
| Defendant. | |

## [PROPOSED] ORDER NOTICE OF DISMISSAL WITHOUT PREJUDICE

On this day, Court considered Plaintiffs William Adams, Corren Ellis, Malcolm Humphrey and Vera Marshall's Notice of Dismissal of their claims against Defendant Family Health Center, Inc. without prejudice.

IT IS HEREBY ORDERED that Plaintiffs William Adams, Corren Ellis, Malcolm Humphrey and Vera Marshall's Notice of Dismissal without Prejudice of Defendant Family Health Center, Inc. is GRANTED and this matter is now closed.

Signed this __23rd__ day of __August__ 2024.

                                                   /s/ Robert J. Jonker
                                              United States District Judge

**Agreed to by:**

**BLANCHARD & WALKER PLLC**
By: /s/ David M. Blanchard
David M. Blanchard (P67190)
*Local Counsel for Plaintiff and*
*Proposed Class Members*
221 N. Main Street, Suite 300
Ann Arbor, Michigan 48104
734.929.4313
blanchard@bwlawonline.com


**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
By: /s/*with consent* William S. Cook
William S. Cook (P68934)
17197 N. Laurel Park Drive, Suite 201
Livonia, Michigan 48152
313.327.3100 p | 313.327.3101 f
william.cook@wilsonelser.com
*Attorney for Defendant*